UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 23 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>JASPER KNABB,<br><br>        Defendant - Appellant. | No. 12-10325<br><br>D.C. No. 3:11-cr-00009-JSW-2<br>U.S. District Court for Northern California, San Francisco<br><br>**MANDATE** |

      The judgment of this Court, entered December 30, 2013, takes effect this date.

      This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                            FOR THE COURT:
                                            Molly C. Dwyer
                                            Clerk of Court

                                            Margoth Turcios
                                            Deputy Clerk